## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ONE HOUR AIR CONDITIONING
FRANCHISING, LLC,

      Plaintiff,

v.                                    Case No: 8:15-cv-2475-T-30TBM

HOLLAND HEATING AND AIR
CONDITIONING, INC. and STEVEN D.
HOLLAND,

      Defendants.

_____

### ORDER OF DISMISSAL

Before the Court is the Joint Notice of Voluntary Dismissal (Dkt. #27).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of June, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record